IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02071-ZLW

DAVID L. COLLINS,

    Petitioner, also named as Third Party Intervenor [sic],

v.

THE PEOPLE OF THE STATE OF COLORADO, d/b/a The People of the State
    of Colorado, et al.,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    On October 12, 2010, Petitioner filed four motions with the Court (Doc. Nos. 15,16,17 and 18). The four motions are DENIED as moot. This case was dismissed by an order and a judgment filed on October 5, 2010.

Dated: October 15, 2010